IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAIGE WARFEL,** : | CIVIL ACTION NO. 1:20-CV-1080 |
| : | |
| **Plaintiff** : | (Judge Conner) |
| : | |
| v. : | |
| : | |
| **KILOLO KIJAKAZI**, Acting : | |
| **Commissioner of Social Security,** : | |
| : | |
| **Defendant** : | |

**ORDER**

AND NOW, this 12th day of October, 2021, upon consideration of the report (Doc. 19) of Magistrate Judge Gerald B. Cohn, recommending that the court deny plaintiff Paige Warfel's appeal from the decision of the administrative law judge denying her application for disability insurance benefits and supplemental security income, and the court noting that Warfel has filed an objection (Doc. 20) to the report, see FED. R. CIV. P. 72(b), and the Acting Commissioner of Social Security has filed a response (Doc. 21) thereto, and following *de novo* review of the contested portions of the report, see E.E.O.C. v. City of Long Branch, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)), and affording "reasoned consideration" to the uncontested portions, see id. (quoting Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987)), the court agreeing with Judge Cohn that the administrative law judge's decision "is supported by substantial evidence," 42 U.S.C. § 405(g), a standard of review that the Supreme Court of the United States recently reiterated "is not high," Biestek v. Berryhill, 587 U.S. ___, 139 S. Ct. 1148, 1154 (2019), and finding Judge Cohn's analysis to be thorough, well-reasoned, and fully supported by the record,

and further finding Warfel's objection to be without merit and squarely and correctly addressed by the report, it is hereby ORDERED that:

1. The report (Doc. 19) of Magistrate Judge Cohn is ADOPTED.

2. The decision of the Commissioner denying Warfel's application for disability insurance benefits and supplemental security income is AFFIRMED.

3. The Clerk of Court shall enter judgment in favor of the Commissioner and against Warfel as set forth in paragraph 2.

4. The Clerk of Court shall thereafter CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania